[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-10735
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
September 4, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00016-CR-1-WLS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC SWAFFORD,
a.k.a. Meek,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(September 4, 2008)**

Before ANDERSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Eric Swafford in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is GRANTED, and Swafford's convictions and sentences are AFFIRMED.